for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-6645. Maxwell R. Joelson, Petitioner v. Department of Justice, et al.**

565 U.S. 1176, 132 S. Ct. 1161, 181 L. Ed. 2d 1016, 2012 U.S. LEXIS 929.

January 23, 2012. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-7750. Thomas J. Gena, aka Thomas Gena, Petitioner v. United States.**

565 U.S. 1176, 132 S. Ct. 1162, 181 L. Ed. 2d 1016, 2012 U.S. LEXIS 969.

January 23, 2012. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until February 13, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 339 Fed. Appx. 798.

**No. 11-7910. Albert Leo Berrettini, Jr., aka Lee Berrettini, Petitioner v. United States.**

565 U.S. 1176, 132 S. Ct. 1162, 181 L. Ed. 2d 1016, 2012 U.S. LEXIS 953.

January 23, 2012. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until February 13, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 431 Fed. Appx. 114.

**No. 10-1144. The Republica Bolivariana de Venezuela, et al., Petitioners v. DRFP L.L.C., dba Skye Ventures.**

565 U.S. 1177, 132 S. Ct. 1140, 181 L. Ed. 2d 1016, 2012 U.S. LEXIS 1047.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 622 F.3d 513.

**No. 10-1417. Fein, Such, Kahn and Shepard, PC, Petitioner v. Dorothy Rhue Allen.**

565 U.S. 1177, 132 S. Ct. 1141, 181 L. Ed. 2d 1016, 2012 U.S. LEXIS 918.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 629 F.3d 364.

**No. 10-9599. Martin Chavez-Jimenez, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary.**

565 U.S. 1177, 132 S. Ct. 1141, 181 L. Ed. 2d 1016, 2012 U.S. LEXIS 1028.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9792. Saied Mousa Ramadan, Petitioner v. United States.**

565 U.S. 1177, 132 S. Ct. 1141, 181 L. Ed. 2d 1016, 2012 U.S. LEXIS 993,

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.